**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

URVE MAGGITTI,             :   No. 68 MM 2023

         Petitioner        :

            v.              :

THE MAGISTRATE HON. MARTIN G.
GOCH, THE MAGISTRATE HON. MARC J.
LIEBERMAN, MAGISTERIAL DISTRICT
COURT JUDGES, WEST CHESTER
COUNTY,                      :

         Respondents     :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition and the Application for Stay are DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.